IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DANIEL JOHNSON,                        §
   TDCJ-CID NO.274157,          §
    Petitioner,                §
                                       §
v.                                     §  CIVIL ACTION H-05-3694
                                       §
DOUGLAS DRETKE,                        §
    Respondent.            §

## FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is

DISMISSED with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas on  June 6, 2006.


MELINDA HARMON
UNITED STATES DISTRICT JUDGE